THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
    JOHN MYER, Respondent.

*People* v. *Myer*, 164 App. Div. 296, appeal dismissed.
(Submitted June 1, 1916; decided June 16, 1916.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
November 11, 1914, which reversed a judgment rendered
at a Trial Term for the county of Seneca upon a verdict
convicting the defendant of the crime of arson in the
second degree and granted a new trial.

*Leon S. Church, District Attorney (Louis E. Fuller*
of counsel), for appellant.

*N. D. Lapham* for respondent.

Appeal dismissed before argument.
    Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
COLLIN, HOGAN, CARDOZO and SEABURY, JJ.